1

2

3

4            IN THE UNITED STATES DISTRICT COURT

5          FOR THE EASTERN DISTRICT OF CALIFORNIA

6

BOBBY LEWIS VAUGHN,                    1:06-cv-1019-OWW-TAG HC

7                Petitioner,

8
      vs.                              ORDER TO SUBMIT
9                                      APPLICATION TO PROCEED
WARDEN G. J. GIURBINO,                 IN FORMA PAUPERIS
10                                     **OR** FILING FEE

11               Respondents.
                              /
12

13          Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas

14   corpus pursuant to 28 U.S.C. § 2254.  The petition was originally filed on May 9, 2006, in the United

15   States District Court for the Central District of California.  It was ordered transferred to the Fresno

16   Division on June 19, 2006, and received in this Court on August 4, 2006.  Petitioner has not paid the

17   $5.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form

18   pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that:

19          1. The Clerk's Office shall send to petitioner the form for application to proceed in forma

20   pauperis.

21          2. Within thirty (30) days of the date of service of this order, petitioner shall submit a

22   completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this

23   action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

24

25   IT IS SO ORDERED.

26   Dated:   **September 18, 2006**                    **/s/ Theresa A. Goldner**
     **j6eb3d**                                  UNITED STATES MAGISTRATE JUDGE
27

28