1
2
3
4

# UNITED STATES DISTRICT COURT

5

## EASTERN DISTRICT OF CALIFORNIA

6

7 BOBBY LEWIS VAUGHN,            )     Old case #1:06-CV-01019 LJO TAG HC
                                 )     **New case #1:06-CV-01019 LJO JMD HC**

8            Petitioner,       )
                                 )

9     v.                        )     ORDER OF REASSIGNMENT
                                 )

10 WARDEN G.J. GIURBINO,        )
                                 )

11            Respondent.     )
                                 )

12

13       Pursuant to the Order of Recall in the Matter of the Recall Appointment of: John M. Dixon,

14 Jr., United States Magistrate Judge, Retired, effective May 11, 2007,

15       IT IS HEREBY ORDERED that this action is reassigned to Magistrate Judge John M. Dixon,

16 Jr., to perform such duties of the office of magistrate judge as provided by the district court.

17       The new case number for this action, which must be used on all future documents filed with

18 the court, is:

19                              **1:06-CV-01019 LJO JMD HC**

20       All dates currently set in the reassigned action shall remain pending subject to further order

21 of the court.

22 IT IS SO ORDERED.

23 **Dated:**   **November 17, 2008**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

24
25
26
27
28